961 A.2d 56

**Linda FERRIS, Petitioner**

v.

**James D. HARKINS, Elizabeth Harkins, Selective Insurance Co. of America, Dr. Asit Patel, Respondents.**

Supreme Court of Pennsylvania.

Nov. 25, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of November, 2008 the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue of whether Petitioner is entitled to review by the trial court of her unresolved post-trial motion for a new trial. In reversing the grant of JNOV, the Superior Court overlooked that there was an outstanding motion for lesser relief in the form of a new trial. Therefore, the order of the Superior Court reversing the trial court's order granting Petitioner's motion for JNOV is hereby **VACATED IN PART,** and the matter is remanded to the Superior Court, for remand to the trial court, for consideration of Petitioner's unresolved motion

for a new trial, and preparation and filing of a comprehensive opinion thereon.

Jurisdiction relinquished.